**Harold HUSEBY, alias "Slug" Huseby, Appellant, v. UNITED STATES of America.**
No. 9880.

Circuit Court of Appeals, Eighth Circuit.
Nov. 21, 1933.

Frank Ryan, of Morris, Minn., and E. S. Cary, of Minneapolis, Minn., for appellant.

George F. Sullivan, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellee under Rule 16.

**Frank O. HUSEMANN, Appellant, v. UNITED STATES of America.**
No. 9932.

Circuit Court of Appeals, Eighth Circuit.
Jan. 24, 1934.

F. O. Husemann, for appellant.

Louis H. Breuer, U. S. Atty., of Rolla, Mo., and George C. Dyer, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellee under Rule 16.

**W. C. HUTCHENS et al. v. UNITED STATES.**
No. 7040.

Circuit Court of Appeals, Fifth Circuit.
Feb. 16, 1934.

Milton H. Lanier and Douglass Taylor,

both of Huntsville, Ala., and Oliver D. Street, of Birmingham, Ala., for appellants.

Jim C. Smith, U. S. Atty., of Birmingham, Ala.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment of conviction for violations of the National Prohibition Act (27 USCA). Upon the authority of United States v. Chambers (U. S.) 54 S. Ct. 434, 78 L. Ed. —— (opinion filed February 5, 1934), the judgment is reversed and annulled.